UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD ACCIDENT AND INDEMNITY COMPANY, et al., <br><br> Defendants. | Case No. 23-cv-06499-SVK <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 23-cv-5954-JSC *Bahnson, Inc. v. Continental Casualty Company*.

**SO ORDERED.**

Dated: December 19, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge